**Betsy French LUMBRA v. Robert Brian LUMBRA, No. 29-78**

February 22, 1979. Appellant's motion to enlarge the time for

filing a taxation of costs is denied.

Billings, J.